AO450 - Judgment in a Civil Case

**FILED**

MAR 17 2004

LARRY W. PROPES, CLERK
COLUMBIA, SC

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

**ENTERED**

MAR 17 2004

American General Life Insurance Company

vs.

Frances Sherlock and Tommy Jude Carroll

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:03-3722-24

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to hearing before the Court, the Honorable Margaret B. Seymour, US District Judge, presiding. The parties having consented to dismissal,

   **IT IS ORDERED AND ADJUDGED** that the plaintiff, American General Life Insurance Company, take nothing of the defendants, Frances Sherlock and Tommy Jude Carroll, and this action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

LARRY W. PROPES, Clerk

By _____
        Deputy Clerk

March 17, 2004

